UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF PRISONS,<br>*Defendant*. | Civil Action No. 26-01503 (JEB) |

**JOINT STATUS REPORT**

Plaintiff, Southern Poverty Law Center ("Plaintiff") and the Federal Bureau of Prisons ("BOP" or "Agency") submit this status report pursuant to the Court's August 5, 2026 Minute Order. This action stems from Plaintiff's Freedom of Information Act ("FOIA") request dated September 30, 2026, "relating to a use of force on Inmate Ervin Allen, Register Number 49595-039, at FCI Coleman Low on August 28, 2025." (ECF 1-1).

1. The Agency will process potentially responsive records at a rate of 500 pages per month.

2. Since the filing of the last status report, Defendant reports as follows:

   a. On September 15, 2026, BOP made its initial release of records.

   b. In response to items (1), (3) and (5)-(6) of Plaintiff's request, BOP located 529 pages of responsive records, which were forwarded to its FOIA Office for a release determination. After careful review, BOP determined 16 pages were appropriate for release in full; 148 pages were appropriate for release in part; 119 were withheld in their entirety; 238 pages were duplicates; and 8 pages were marked not responsive.

   c. As to item (4), BOP refused to confirm or deny the existence of records pursuant to Exemptions 6 and 7(C).

3. Plaintiff requires time to review these documents.

4. The parties will continue to work together in good faith to resolve any ongoing or outstanding disputes as they may arise.

5. The parties will file joint status reports every 45 days.

* * *

Dated: September 16, 2026

Respectfully submitted,

SOUTHERN POVERTY LAW CENTER
By Counsel:

/s/ *Krista Dolan*
KRISTA DOLAN*
Fla. Bar #1012147
SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
krista.dolan@splcenter.org
850-688-3908

*Counsel for Plaintiff*

**Admitted pro hac vice*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Amanda L. Torres*
AMANDA L. TORRES
D.C. Bar #1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507

*Attorneys for the United States of America*